IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TREZA EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 120-055 |
| | ) | |
| CITY OF AUGUSTA-RICHMOND COUNTY, GEORGIA, | ) ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The Court **GRANTS** the Defendant's Consent Motion For Extension Of Answer Deadline. (Doc. no. 6.)  Defendant shall have through and including July 14, 2020, within which to answer, move, or otherwise plead to Plaintiff's Complaint.

SO ORDERED this 30th day of June, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA