IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
TREZA EDWARDS                    *
                                 *
     Plaintiff,                  *
                                 *
     v.                          *
                                 *      CV 120-055
AUGUSTA, GEORGIA,                *
                                 *
     Defendant.                  *
                                 *
                                 *
```

**O R D E R**

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 17.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of December, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA